**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| GWENDOLYN MOORE, <br> JOHN MOORE, SR., <br><br> Plaintiffs, <br><br> v. <br><br> TMI TRANSPORT CORPORATION, <br> DWIGHT WUNDERLICH, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 1:21-cv-02952-TWP-TAB <br> ) <br> ) <br> ) <br> ) <br> ) |

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

The Court having this day made its Entry directing the entry of final judgment, the Court now enters **FINAL JUDGMENT**. This action is dismissed without prejudice.

Dated: 2/9/2022

_____
Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk of Court

By: _____
Deputy Clerk

Distribution:

GWENDOLYN MOORE
JOHN MOORE, SR.
2417 Fox Harbour Lane
Indianapolis, IN 46227